UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIEL HARRISON FRADIN | MISC. CASE NO. __17-mc-0025__ |
| **VERSUS** | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS USA, INC. (FKA TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.), TAKEDA PHARMACEUTICALS AMERICA, INC., TAKEDA DEVELOPMENT CENTER AMERICAS, INC. (FKA TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.), TAKEDA CALIFORNIA, INC. (FKA TAKEDA SAN DIEGO, INC.), TAKEDA PHARMACEUTICALS INTERNATIONAL, INC., TAKEDA PHARMACEUTICAL COMPANY LIMITED, AND ELI LILLY & COMPANY | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, LAWRENCE M. FRADIN

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of ARIEL HARRISON FRADIN, as ADMINISTRATOR and Derivative Claimant; and TALIA FRADIN as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, ARIEL HARRISON FRADIN, as ADMINISTRATOR and Derivative Claimant; and ADMINISTRATOR as Derivative Claimant

- 2 -

individually and as legal heirs to the Estate of ARIEL HARRISON FRADIN, deceased, and Takeda, as notice to the Court on February 14, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 17th of February 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE