U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

MAR 03 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

ARIEL HARRISON FRADIN, ET AL.          MISC. CASE NO. 17-mc-25
                                       RELATED CASE NO. 14-3171

VERSUS                                 JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY          MAGISTRATE JUDGE HANNA
LIMITED, ET AL


### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Ariel Harrison

Fradin, as Administrator and Derivative Claimant, and Talia Fradin as Derivative Claimant, of

the Estate of Lawrence M. Fradin, is hereby GRANTED pursuant to the Report and

Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _3rd_ day of March, 2017.


REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

3/3/17